SEYFARTH SHAW LLP
Kurt A. Kappes (SBN 146384)
Robert Milligan (SBN 217348)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Plaintiff
ALLSTATE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BEATRICE DALL; JARED STEPHEN DALL; ETHAN RYAN DALL; JEANNE CORENE VILORIA; LARRY LEE DALL; SHANNON CHRISTIN OLIVEIRA; SHELLI ALLISON DALL; STEPHEN RAY DALL; BARBARA JEAN DALL, <br><br> Defendants. | Case No. 2:07-cv-02264-GEB-KJM <br><br> **[PROPOSED] ORDER ON ALLSTATE LIFE INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR DISCHARGE, INJUNCTION AND AWARD OF ATTORNEYS' FEES** <br><br> Date:         May 19, 2008 <br> Time:        9:00 a.m. <br> Courtroom: 10 <br> Judge:       Hon. Garland E. Burrell, Jr. <br><br> **Complaint Filed: October 22, 2007** |

Plaintiff interplead funds in this matter pursuant to the Court's Order, as set forth in the attached letter. Based upon the representation of the interpleading party, it appears that the funds that were deposited exceeded what was required by the amount of $2,746.80.

Accordingly, the clerk is directed to issue a check forthwith, made payable to the plaintiff and interpleading party for the difference, in the amount of $2,746.80

**IT IS SO ORDERED.**

Dated: September 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1