IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ALLSTATE LIFE INSURANCE COMPANY,  )
                                  )
            Plaintiff,            )   2:07-cv-2264-GEB-KJM
                                  )
     v.                           )
                                  )
BEATRICE DALL; JARED STEPHEN DALL,)
ETHAN RYAN DALL; JEANNE CORENE    )
VILORIA; LARRY LEE DALL; SHANNON  )
CHRISTIN OLIVEIRA; SHELLI ALLISON )
DALL; STEPHEN RAY DALL; BARBARA   )
DALL,                             )
                                  )
            Defendants.           )
_____)
```

    The Court directs the attorneys for Jared Dall and Ethan Dall to file, no later than October 27, 2009, an explanation as to how they can proceed in this matter without satisfying Federal Rule of Civil Procedure 17(c).

Dated: October 20, 2009

                                                   GARLAND E. BURRELL, JR.
                                                   United States District Judge