JEFFREY L. LEVINSON, #164753
ALISON R. TERRY, #258632
GRISWOLD, LaSALLE, COBB,
　　DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone: (559) 584-6656
Facsimile:  (559) 582-3106
email: levinson@griswoldlasalle.com

Attorneys for Defendants: BEATRICE DALL; JARED STEPHEN DALL; ETHAN RYAN DALL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>BEATRICE DALL; JARED STEPHEN DALL; ETHAN RYAN DALL; JEANNE CORENE VILORIA; LARRY LEE DALL; SHANNON CHRISTIN OLIVEIRA; SHELLI ALLISON DALL; STEPHEN RAY DALL; BARBARA JEAN DALL,<br><br>　　Defendants. | Civil Action No.: 2:07-CV-2264-GEB-KJM<br><br>PETITION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |

Petitioner states as follows:

1.　I, BEATRICE DALL, am the mother of JARED STEPHEN DALL.

2.　JARED STEPHEN DALL is a minor of the age of 13 years.

3.　JARED STEHPEN DALL has commenced an action in this court against JEANNE CORENE VILORIA, LARRY LEE DALL, SHANNON CHRISTIN OLIVEIRA, SHELLI ALLISON DALL, STEPHEN RAY DALL, and BARBARA JEAN DALL for the determination of the right to proceeds from the life insurance plan of petitioner's father, WILLIAM NATHAN DALL.

///

GRISWOLD,
LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

-1-
_____
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM
*Allstate Life Insurance Co. vs. Beatrice Dall, et al.*,
**CASE NO.** 2:07-CV-2264-GEB-KJM

4.     JARED STEPHEN DALL has no general guardian and no previous petition for appointment of guardian ad litem has been filed in this matter.

5.     BEATRICE DALL, whose address is 1028 West Audubon, Hanford, CA 93230, is a competent and responsible person and fully competent to act as petitioner's guardian ad litem.

6.     Said BEATRICE DALL is willing to act as guardian ad litem for petitioner, and appears by her consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing BEATRICE DALL as guardian ad litem of petitioner for purpose of bringing action against JEANNE CORENE VILORIA, LARRY LEE DALL, SHANNON CHRISTIN OLIVEIRA, SHELLI ALLISON DALL, STEPHEN RAY DALL, and BARBARA JEAN DALL on the claim hereinabove stated.

Dated:

>                GRISWOLD, LASALLE, COBB,
>                     DOWD & GIN, L.L.P.
>
>
>                By: /s/ Jeffrey L. Levinson
>                    JEFFREY L. LEVINSON,
>                Attorneys for Defendants, Beatrice Dall,
>                Jared Stephen Dall and Ethan Ryan Dall

## CONSENT OF NOMINEE

I, BEATRICE DALL, the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated:

>                /s/ Beatrice Dall
>                Beatrice Dall

///
///
///
///

GRISWOLD,
LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

-2-

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM
*Allstate Life Insurance Co. vs. Beatrice Dall, et al.,*
**CASE NO.** 2:07-CV-2264-GEB-KJM

1  ORDER

2  The petition for an order appointing BEATRICE DALL as guardian ad litem for

3  petitioner is GRANTED.

4  IT IS SO ORDERED.

5  Dated:  October 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

GRISWOLD,
LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

-3-

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM
*Allstate Life Insurance Co. vs. Beatrice Dall, et al.,*
**CASE NO.** 2:07-CV-2264-GEB-KJM